MARY ATWOOD ET AL. *v.* REGIONAL SCHOOL
DISTRICT No. 15 ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in the judicial district of Waterbury is denied.

*Thomas L. Brayton,* for the appellee (named defendant).

*Kenneth H. Murray,* for the appellants (plaintiffs).

Argued October 1—decided October 2, 1974

ALAN R. VARLEY *v.* NINA B. VARLEY

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Joel M. Ellis,* for the appellee (plaintiff).

*Nina B. Varley,* pro se, the appellant (defendant).

The defendant's motion to set aside the judgment of the trial court in the appeal from the Superior Court in Hartford County is denied.

*Nina B. Varley,* pro se, the appellant (defendant).

*Joel M. Ellis,* for the appellee (plaintiff).

Argued October 1—decided October 2, 1974

MARTHA FODIMAN *v.* WILLIAM FODIMAN

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is dismissed.

No appearance for either party.

Decided October 2, 1974